a

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| GINO VALOIS SANCHEZ VALENCIA #A221-181-495, Petitioner | CIVIL DOCKET NO. 1:25-CV-01905 SEC P |
| VERSUS | JUDGE EDWARDS |
| MERRICK B GARLAND ET AL, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

---

### ORDER

Pro se Petitioner Gino Sanchez Valencia ("Valencia"), an immigration detainee at River Correctional Center in Ferriday, Louisiana, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  ECF Nos. 1, 9.  He was ordered to pay the filing fee or file an application for leave to proceed *in forma pauperis*.  ECF No. 3.

The deadline has passed, and Valencia has failed to comply with the Order.[1]

Accordingly, IT IS HEREBY ORDERED that the Petition (ECF Nos. 1, 9) is STRICKEN from the record.

SIGNED on Monday, March 16, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

---

[1] According to the online case information of the Executive Office for Immigration Review, Valencia was granted voluntary departure on February 20, 2026.  *See* https://acis.eoir.justice.gov.  The online detainee locator service indicates that Valencia is no longer detained.  https://locator.ice.gov.

1